IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Thomas, Chester | Case Number:  05 B 04589 |
| Thomas, Georgianna | Judge:  Wedoff, Eugene R |
| Printed:  5/27/08 | Filed:  4/19/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Completed:  May 23, 2008
Confirmed:  June 2, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 66,600.00 | |
| Secured: | | 250.00 |
| Unsecured: | | 60,283.04 |
| Priority: | | 0.00 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 3,366.96 |
| Other Funds: | | 0.00 |
| Totals: | 66,600.00 | 66,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | David M Siegel | Administrative | 2,700.00 | 2,700.00 |
| 2. | Dell Financial Services, Inc | Secured | 250.00 | 250.00 |
| 3. | ECast Settlement Corp | Unsecured | 952.27 | 3,991.28 |
| 4. | World Financial Network Nat'l | Unsecured | 15.81 | 66.27 |
| 5. | Sallie Mae | Unsecured | 2,606.02 | 10,922.62 |
| 6. | ECast Settlement Corp | Unsecured | 4,764.32 | 19,968.66 |
| 7. | ECast Settlement Corp | Unsecured | 932.99 | 3,910.48 |
| 8. | Discover Financial Services | Unsecured | 1,049.93 | 4,400.54 |
| 9. | ECast Settlement Corp | Unsecured | 224.64 | 941.51 |
| 10. | ECast Settlement Corp | Unsecured | 2,681.83 | 11,240.38 |
| 11. | ECast Settlement Corp | Unsecured | 131.19 | 549.82 |
| 12. | ECast Settlement Corp | Unsecured | 98.70 | 413.71 |
| 13. | ECast Settlement Corp | Unsecured | 629.08 | 2,636.68 |
| 14. | RoundUp Funding LLC | Unsecured | 68.12 | 285.51 |
| 15. | Resurgent Capital Services | Unsecured | 227.98 | 955.58 |
| 16. | TCF Bank | Secured | | No Claim Filed |
| 17. | AAA Financial Services | Unsecured | | No Claim Filed |
| 18. | Carson Pirie Scott & Co | Unsecured | | No Claim Filed |
| 19. | Bank One | Unsecured | | No Claim Filed |
| 20. | BP Amoco | Unsecured | | No Claim Filed |
| 21. | Capital One | Unsecured | | No Claim Filed |
| 22. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 23. | Northwest Orthopedics | Unsecured | | No Claim Filed |
| 24. | RPM Inc | Unsecured | | No Claim Filed |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Thomas, Chester

Thomas, Georgianna

Printed:  5/27/08

Case Number:  05 B 04589

Judge:  Wedoff, Eugene R

Filed:  4/19/05

_____            _____

$ 17,332.88            $ 63,233.04

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 221.86 |
| 5.5% | 914.48 |
| 5% | 278.28 |
| 4.8% | 532.94 |
| 5.4% | 1,299.12 |
| 6.5% | 120.28 |

_____

$ 3,366.96

Based on the above information, the trustee requests that the court enter an order discharging
the trustee, releasing the trustee's surety from liability for actions relating to the above
proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

